UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARSHA MAINES,

    Plaintiff,

v.                                      CASE NO: 8:11-cv-163-T-23MAP

USAA, et al.,

    Defendants.
_____/

**ORDER**

An April 14, 2011, order (Doc. 13) grants the defendants' motion to dismiss (Doc. 7) and dismisses this action with prejudice. On May 20, 2011, the pro se plaintiff filed a notice of appeal (Doc. 14) and a motion for leave to appeal in forma pauperis ("IFP") (Doc. 15). The IFP motion (Doc.15) was referred to Magistrate Judge Mark A. Pizzo. On July 14, 2011, Judge Pizzo issued a report (Doc. 16) that recommends (1) denying the IFP motion, (2) certifying that the appeal is not filed in good faith, and (3) notifying the Eleventh Circuit Court of Appeals of the denial and of the certification. In accord with Section 636(b)(1) of Title 28, United States Code, the report (Doc. 16) notifies the plaintiff that she may file an objection to the report and recommendation within fourteen days. (Rule 6(d), Federal Rules of Civil Procedure, affords the plaintiff an additional three days to object.) Accordingly, the deadline for the plaintiff's objection is August 1, 2011.

On July 22, 2011, the plaintiff filed an "objection" (Doc. 17) to the report and recommendation.[1] A *de novo* determination of those portions of the report and recommendation to which the plaintiff "objects" reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objection (Doc. 17) is **OVERRULED**, and Judge Pizzo's report and recommendation (Doc. 16) is **ADOPTED**. The IFP motion (Doc. 15) is **DENIED**, with a certification that the appeal (USCA No. 11-13183-I) is not filed in good faith. The Clerk is directed to forward a copy of this order to the Eleventh Circuit Court of Appeals.

ORDERED in Tampa, Florida, on July 26, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] On July 25, 2011, the Eleventh Circuit requested a ruling on the IFP motion.